AO 458 (Rev. 01/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
Southern District of New York

DOC # 3

____US____ )
Plaintiff )
v. ) Case No. 15 MAG 1255
Michael Oppenheim )
Defendant )

**APPEARANCE OF COUNSEL**

*[Stamp: U.S. DISTRICT COURT FILED APR 16 2015 D.S. S.D. OF N.Y.]*

To: The clerk of court and all parties of record

I am authorized to practice in this court, and I appear in this case as counsel for:

Michael Oppenheim

Date: 4/15/15

Attorney's signature

Robert GAMBURG
Printed name and bar number

1500 WALNUT ST
22nd FLOOR
Phila PA 19102
Address

Robert@GAMBURGLAW.w[...]
E-mail address

215 567-1486
Telephone number

215 940 6661
FAX number