KOSTELANETZ LLP

7 WORLD TRADE CENTER, 34TH FLOOR
NEW YORK, NEW YORK 10007

TEL: (212) 808-8100
FAX: (212) 808-8108
www.kflaw.com

WASHINGTON, DC OFFICE
601 NEW JERSEY AVENUE, NW, SUITE 620
WASHINGTON, DC 20001

TEL: (202) 875-8000
FAX: (202) 844-3500

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: ___8/15/2023___

August 11, 2023

**By ECF**
Hon. Analisa Torres
United States District Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

Re: **United States v. Michael Oppenheim**,
**15 Cr. 548 (AT)**

Dear Judge Torres:

We write on behalf of Michael Oppenheim, the defendant in the above-captioned matter, to request that the Court order the termination of Mr. Oppenheim's bail conditions and the exoneration of his personal recognizance bond.

After his arrest in this matter on April 16, 2015, Mr. Oppenheim was released on a personal recognizance bond in the amount of $1 million, secured by his residence in Livingston, New Jersey. (ECF No. 6). On March 8, 2016, Mr. Oppenheim was sentenced to 60 months of incarceration and a period of three years' supervised release. (ECF No. 45). Mr. Oppenheim completed his term of incarceration and was released from custody on October 1, 2020. He is nearing the completion of his three-year term of supervised release.

Accordingly, we respectfully request that the Court order the termination of Mr. Oppenheim's bail conditions and the exoneration of his personal recognizance bond.

Respectfully submitted,

/s/Sharon L. McCarthy
Sharon L. McCarthy

GRANTED.

SO ORDERED.

Dated: August 15, 2023
New York, New York

_____
ANALISA TORRES
United States District Judge