USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 11/10/2025

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------- X
:
UNITED STATES OF AMERICA : **FINAL ORDER OF FORFEITURE**
:
-v.- : 15 Cr. 548 (AT)
:
MICHAEL OPPENHEIM, :
:
Defendant. :
:
------------------------------------- X

WHEREAS, on or about February 18, 2020, this Court entered a Preliminary Order of Forfeiture as to Substitute Assets (the "Substitute Assets Order") (D.E. 64), which ordered the forfeiture to the United States of all right, title and interest of MICHAEL OPPENHEIM, (the "Defendant") in the following property:

      a.  any and all funds on deposit in Account Number 4300752329, held in the name of Michael Oppenheim, at TD Bank, N.A. (the "TD Account");

WHEREAS, on or about September 14, 2020, the Government seized $24,179.57 from the TD Account (the "Seized Funds");

WHEREAS, the Substitute Assets Order directed the United States to publish, for at least thirty (30) consecutive days, notice of the Substitute Assets Order, notice of the United States' intent to dispose of the Seized Funds, and the requirement that any person asserting a legal interest in the Seized Funds must file a petition with the Court in accordance with the requirements of Title 21, United States Code, Sections 853(n)(2) and (3). Pursuant to Section 853(n), the United States could, to the extent practicable, provide direct written notice to any person known to have an alleged interest in the Seized Funds and as a substitute for published notice as to those persons so notified;

WHEREAS, the provisions of Title 21, United State Code, Section 853(n)(1), Rule 32.2(b)(6) of the Federal Rules of Criminal Procedure, and Rules G(4)(a)(iv)(C) and G(5)(a)(ii) of the Supplemental Rules for Admiralty or Maritime Claims and Asset Forfeiture Actions, require publication of a notice of forfeiture and of the Government's intent to dispose of the Seized Funds before the United States can have clear title to the Seized Funds;

WHEREAS, the Notice of Forfeiture and the intent of the United States to dispose of the Seized Funds was posted on an official government internet site (www.forfeiture.gov) beginning on August 8, 2025, for thirty (30) consecutive days, through September 6, 2025, pursuant to Rule G(4)(a)(iv)(C) of the Supplemental Rules for Admiralty and Maritime Claims and Asset Forfeiture Actions and proof of such publication was filed with the Clerk of the Court on November 7, 2025 (D.E 69);

WHEREAS, thirty (30) days have expired since final publication of the Notice of Forfeiture and no petitions or claims to contest the forfeiture of the Seized Funds have been filed;

WHEREAS, the Defendant is the only person and/or entity known by the Government to have a potential interest the Seized Funds; and

WHEREAS, pursuant to Title 21, United States Code, Section 853(n)(7), the United States shall have clear title to any forfeited property if no petitions for a hearing to contest the forfeiture have been filed within thirty (30) days of final publication of notice of forfeiture as set forth in Title 21, United States Code, Section 853(n)(2);

NOW, THEREFORE, IT IS ORDERED, ADJUDGED AND DECREED THAT:

1. All right, title and interest in the Seized Funds is hereby forfeited and vested in the United States of America, and shall be disposed of according to law.

2.  Pursuant to Title 21, United States Code, Section 853(n)(7) the United States of America shall and is hereby deemed to have clear title to the Seized Funds.

3.  The United States Marshals Service (or its designee) shall take possession of the Seized Funds and dispose of the same according to law, in accordance with Title 21, United States Code, Section 853(h).

The Clerk of Court is respectfully directed to terminate the motion at ECF No. 70.

SO ORDERED.

Dated: November 10, 2025
      New York, New York

_____
HONORABLE ANALISA TORRES
UNITED STATES DISTRICT JUDGE